**Robert R. ACEVEDO, Petitioner**

**v.**

**UNITED STATES RAILROAD RETIREMENT BOARD,**
**Respondent**

No. 16-60552
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed March 7, 2017

Robert R. Acevedo, Pro Se

Tamra Jewell Smith, Esq., General Attorney, U.S. Railroad Retirement Board, Office of General Counsel, Chicago, IL, for Respondent

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: *

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.